UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BUILDING SERVICE 32BJ HEALTH FUND, BUILDING
SERVICE 32BJ PENSION FUND, BUILDING SERVICE
32BJ LEGAL SERVICES FUND, BUILDING SERVICE
32BJ THOMAS SHORTMAN TRAINING,
SCHOLARSHIP AND SAFETY FUND, and BUILDING
SERVICE 32BJ SUPPLEMENTAL  SAVINGS AND
RETIREMENT FUND                                           **RULE 7.1 STATEMENT**

                               Plaintiffs,              08-CV- 6741 (DAB)

   -against-

SUPERIOR MAINTENANCE, INC. and SUPERIOR
MAINTENANCE OF WESTCHESTER, INC.,
                               Defendants.
------------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Building Service 32BJ Health Fund, Building Service 32BJ Pension Fund, Building Service 32BJ Legal Services Fund, and the Building Thomas Shortman Training, Scholarship and Safety Fund, and Building Service 32BJ Supplemental Savings and Retirement Fund, certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

                                    None

Dated: New York, New York
       July 25, 2008

                                            RAAB, STURM, GOLDMAN & GANCHROW, LLP

                                            By: _____
                                                 Ira A. Sturm (IS-2042)
                                                 *Attorneys for Plaintiffs Funds*
                                                 317 Madison Avenue, Suite 1708
                                                 New York, New York 10017
                                                 Tel. (212) 683-6699
                                                 Fax (212) 779-8596