UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
BUILDING SERVICE 32BJ HEALTH FUND,
BUILDING SERVICE 32BJ PENSION FUND,
BUILDING SERVICE 32BJ LEGAL SERVICES FUND,
BUILDING SERVICE 32BJ THOMAS SHORTMAN
TRAINING, SCHOLARSHIP AND SAFETY FUND, and
BUILDING SERVICE 32BJ SUPPLEMENTAL
SAVINGS AND RETIREMENT FUND,

Docket No.:
08-CV-6741 (DAB)(MHD)

**RULE 7.1 STATEMENT**

                Plaintiffs,

   -against-

SUPERIOR MAINTENANCE, INC., SUPERIOR
MAINTENANCE OF WESTCHESTER, INC. AND JCB,
INC. d/b/a SUPERIOR MAINTENANCE,

                Defendants.
------------------------------------------------------------------x

SIRS:

    Pursuant to Rule 7.1 [formerly local general Rule 1.9] of the Local Rules of the United States District Court for the Southern District of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the defendants certify that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held. **NONE.**

Dated: White Plains, New York
       August 26, 2008

                                              Yours, etc.,
                                              TRIVELLA, FORTE & SMITH, LLP

                                              By: RAQUEL A. WILLIAMS, ESQUIRE (RW 4641)
                                              Attorneys for the Defendants
                                              1311 Mamaroneck Avenue, Suite 170
                                              White Plains, New York 10605
                                              Telephone: (914) 949-9075

To:    IRA A. STURM, ESQ.
RAAB, STURM, GOLDMAN
& GANCHROW, LLP
Attorneys for the Plaintiffs
317 Madison Avenue, Suite 1708
New York, New York 10017
Telephone: (212) 683-6699

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF WESTCHESTER        )

MICHELLE SALERNO, being duly sworn, deposes and says:

That I am not a party to this action; am over 18 years of age and reside in Westchester County, New York; that on the _28th_ day of August, I served the within RULE 7.1 STATEMENT in the action, <u>Building Service 32BJ Health Fund et al. v. Superior Maintenance, Inc. et al.</u>, 08-CV-6741 (DAB)(MHD) upon:

IRA A. STURM, ESQ.
RAAB, STURM, GOLDMAN & GANCHROW, LLP
317 Madison Avenue, Suite 1708
New York, New York 10017

by depositing a true copy of the same enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

MICHELLE SALERNO

Sworn to before me this
_28th_ day of August, 2008.

Notary Public
RAQUEL A. WILLIAMS
Notary Public, State of New York
No. 02WI6072574
Qualified in Westchester County
Commission Expires April 8, 2010

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2008, I served the foregoing RULE 7.1 STATEMENT on Ira A. Sturm, Esq. of Raab, Sturm, Goldman & Ganchrow, LLP, Attorneys for the Plaintiff, by electronic mail, in the action, <u>Building Service 32BJ Health Fund et al. v. Superior Maintenance, Inc. et al.</u>, 08-CV-6741 (DAB)(MHD).

TRIVELLA, FORTE & SMITH, LLP

By: RAQUEL A. WILLIAMS, ESQUIRE (RW 4641)
Attorneys for the Defendants
1311 Mamaroneck Avenue, Suite 170
White Plains, New York 10605
Telephone: (914) 949-9075